# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVETTE MORA,<br><br>Defendant | Case No.: 23CR1113-JO<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment against IVETTE MORA in this case is dismissed without prejudice.

SO ORDERED.

DATED: October 26, 2023

_____
HONORABLE JINSOOK OHTA
UNITED STATES MAGISTRATE JUDGE